United States District Court
Southern District of Texas
**ENTERED**
August 12, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRAYDON  PREECE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-4434 |
| | § | |
| DD INNOVATION LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Rule 41 Dismissal with prejudice, this action is DISMISSED

with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**SIGNED** on this  11th   day of August, 2020, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**